# EXHIBIT C

January 23, 2007

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Ameriquest Mortgage Company
1100 Town and Country Rd. Suite 1200
Orange, CA 92868

**Re: Notice of Rescission by Susan J. Cauley of 2 Sisson St. West Warwick, RI 02893, Loan Number: 0108230400-5644, Closing Date: 02/21/2005**

To Whom It May Concern:

I represent Susan J. Cauley concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on February 21, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Susan J. Cauley was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on her property located at 2 Sisson Street, West Warwick, RI 02893 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Susan J. Cauley,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: **Susan J. Cauley**